06-CV-05309-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, IBEW 76 ANNUITY PLAN, JOINT APPRENTICESHIP TRAINING COMMITTEE, IBEW PACIFIC COAST PENSION FUND and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>E-Z ELECTRIC, INC., d/b/a E-Z ELECTRIC, INC. OF OREGON, a foreign corporation,<br><br>Defendant. | CASE NO. C06-5309 RBL<br><br>ORDER OF REFERRAL |

The Court directs the following:

The parties in this matter have consented to this case being heard by Magistrate Judge KAREN L. STROMBOM under 28 U.S.C. §636(c) and Local Rule MJR 13, therefore

IT IS HEREBY ORDERED that the above-captioned matter is **REFERRED** to United States Magistrate Judge **KAREN L. STROMBOM.**

DATED this 24 day of August, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER OF REFERENCE