Honorable Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW 76 HEALTH & WELFARE TRUST OF SOUTHWEST WASHINGTON, IBEW 76 ANNUITY PLAN, JOINT APPRENTICESHIP TRAINING COMMITTEE, IBEW PACIFIC COAST PENSION FUND and NATIONAL ELECTRICAL BENEFIT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>E-Z ELECTRIC, INC., d/b/a E-Z ELECTRIC OF OREGON, INC., a foreign corporation,<br><br>Defendant. | CAUSE NO.: CV06-05309KLS<br><br>ORDER OF DEFAULT |

Pursuant to Plaintiffs IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund's Motion for an entry of an Order of Default against Defendant E-Z Electric, Inc., and the Court having considered the pleadings on file, including the Declaration of Service and being otherwise generally advised, it is hereby

**ORDERED** that more than twenty days have elapsed since the date of service of Plaintiff Trust Funds' Complaint and the Defendant has failed to appear, answer or defend this

ORDER OF DEFAULT
CAUSE NO. CV06-5309KLS- PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

action within the time provided by law, and therefore, Defendant E-Z Electric, Inc. is in Default.

DATED this 6TH day of September 2006.

BRUCE RIFKIN
COURT CLERK

S/Jean Boring
_____
U.S. District Court Deputy Clerk

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

H:\00RBL PEND ORDERS SIG BLOCK\EZ Electric 6-5309 Default Order.doc

ORDER OF DEFAULT
CAUSE NO. CV06-5309KLS- PAGE 2 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587