Honorable Karen L. Strombom

1

2

3

4   06-CV-05309-JGM

5

```
FILED _____ LODGED
_____ RECEIVED

NOV 2 2 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

6

7                  UNITED STATES DISTRICT COURT

8            WESTERN DISTRICT OF WASHINGTON, AT TACOMA

9    IBEW 76 HEALTH & WELFARE TRUST OF
     SOUTHWEST WASHINGTON, IBEW 76
10   ANNUITY PLAN, JOINT APPRENTICESHIP          CAUSE NO.: CV06-05309KLS
     TRAINING COMMITTEE, IBEW PACIFIC
11   COAST PENSION FUND and NATIONAL             PROPOSED ORDER FOR DEFAULT
     ELECTRICAL BENEFIT FUND,                    JUDGMENT
12
                          Plaintiffs,            **Clerk's Action Required**
13
14        vs.

15   E-Z ELECTRIC, INC., d/b/a E-Z ELECTRIC
     OF OREGON, INC., a foreign corporation,
16
                          Defendant.
17

18        Plaintiffs IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76

19   Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund

20   and National Electrical Benefit Fund have moved the Court for Default Judgment against

21   Defendant E-Z Electric, Inc., d/b/a E-Z Electric of Oregon, Inc., a foreign corporation

22   (Employer).

23   ///

24   ///

25

ORDER FOR DEFAULT JUDG
CASE NO. CV06-05309KLS - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

### SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditors: | IBEW 76 Health & Welfare Trust of Southwest Washington, IBEW 76 Annuity Plan, Joint Apprenticeship Training Committee, IBEW Pacific Coast Pension Fund and National Electrical Benefit Fund |
| 2. | Judgment Debtor: | E-Z Electric, Inc., d/b/a E-Z Electric of Oregon, Inc., a foreign corporation |
| 3. | | |
| 4. | Liquidated Damages: | $5,666.62 |
| 5. | Interest to Date of Judgment: | 665.25 |
| 6. | Costs: | 758.69 |
| 7. | Attorney's Fees: | 4,679.12 |
| 8. | Post-Judgment Interest: | 12% per annum |
| 9. | Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050 EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on September 6, 2006, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Default Judgment against Defendant Employer in the amount $11,769.68 representing liquidated damages in the amount $5,666.62, interest in the amount $665.25, costs in the amount $758.69, and attorney's fees in the amount $4,679.12, for a total amount owing of $11,769.68.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Funds' claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

ORDER FOR DEFAULT JUDG
CASE NO. CV06-05309KLS - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1    **IT IS FURTHER ORDERED** that this Judgment is without prejudice to Plaintiff Trust

2    Funds' right to pursue future disclosures of delinquent contributions during the same period

3    covered by this Judgment.

4        DATED this ___21ˢᵗ___ day of November, 2006.

5

6

7                                U.S. District Court Judge/U.S. Magistrate Judge

8

9    Presented by:

10   s/Robert A. Bohrer
     WSBA #5050
11   Ekman, Bohrer & Thulin, P.S.
     220 W. Mercer, Ste. 400
12   Seattle, WA  98119
     Telephone: (206) 282-8221
13   Fax: (206) 285-4587
     E-mail: r.bohrer@ekmanbohrer.com
14   Attorney for Plaintiff Trust Funds

15   S:\Collections\IBEW76-3376\Pleadings\2006\EZ Electric 3376 USDC2 Default Judgment.doc

16

17

18

19

20

21

22

23

24

25

ORDER FOR DEFAULT JUDG
CASE NO. CV06-05309KLS - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587